IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

_____

IN THE MATTER OF:

Ashley Leis

Plaintiff

                                              Chapter 7 Case
                                              Case No: 5:12-bk-72212
                                              AP No: 5:12-ap-07111

Versus

First Data Corporation

Defendant

_____

**NOTICE OF DISMISSAL**

_____

**COMES NOW PLAINTIFF Ashley Leis**, by and through her attorney of record, Todd F. Hertzberg, and avers:

1. That on or about September 6, 2012 she did file an Adversary Proceeding against defendant First Data Corporation alleging violation of the Federal Telephone Consumer Protection Act and the Automatic Stay of the Bankruptcy Code.

2. That Defendant has not appeared or otherwise filed a responsive pleading in this case.

3. That both parties have since agreed to settle their dispute.

4. That pursuant to Rule 7041(a)(1)(A)(i) of the Federal Rules of Bankruptcy Procedure, this case is voluntarily dismissed by plaintiff.

Dated this the ___1st___ day of May, 2013.

__/s/ Todd F. Hertzberg_____
**TODD F. HERTZBERG**
**ATTORNEY FOR THE DEBTOR**
**AR STATE BAR NUMBER: 2008268**
**112 W CENTER ST STE 550**
**FAYETTEVILLE AR 72701**
**479-303-5555**
**888-456-6985 (FAX)**
**TODDHERTZBERG@YAHOO.COM**

# CERTIFICATE OF SERVICE

ANGIE BARTON, paralegal in this case for the debtor, hereby certifies to the court as follows:
1. I am not a party to this case;
2. I am not less than 18 years of age;
3. I have this day served a copy of the foregoing **NOTICE OF DISMISSAL** on the parties listed below by placing the same in an envelope, first-class mail, postage prepaid, addressed to each person or entity as indicated below on the   1st   day of   May   , 2013.

Ashley Leis
19666 McCord Rd
Elkins AR 72727

First Data Corporation
c/o Pamela Lapierre-Otano
Director, General Counsel's Office
3975 NW 120 Avenue
Coral Springs FL 33065

Office of the US Trustee
200 W. Capitol, Suite 1200
Little Rock, AR 72201

William M. Clark
Chapter 7 Trustee
PO Box 1400
Springdale AR 72765

  /s/ Angie Barton
Angie Barton
Paralegal